IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DYLAN RICHARD MACGREGOR, et. al., | CV 21–142–M–DWM |
| Plaintiffs, | ORDER |
| vs. | |
| FEDERAL AGENCY HEADS WITH SUPERVISORY AUTHORITY OVER FEDERAL EMPLOYEES IN MONTANA, et. al., | |
| Defendants. | |

Plaintiffs having filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A),

IT IS ORDERED that the above-captioned cause is DISMISSED WITHOUT PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 29th day of November, 2021.

Donald W. Molloy, District Judge
United States District Court